# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEWART JORDAN,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID LONG, Warden,<br><br>   Respondent. | Case No. ED CV 12-2030 PA (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

  Accordingly, IT IS ORDERED THAT:

  1. The Report and Recommendation is approved and accepted;

  2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

  3. The Clerk serve copies of this Order on the parties.

1       Additionally, for the reasons stated in the Report and Recommendation, the
2 Court finds that Petitioner has not made a substantial showing of the denial of a
3 constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
4 *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate
5 of appealability.

6
7 DATED: _January 16, 2013
8                                                             _____
9                                                              HON. PERCY ANDERSON
                                                      UNITED STATES DISTRICT JUDGE