# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEWART JORDAN,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | Case No. ED CV 12-2030 PA (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _January 16, 2013

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE